Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
LARRY LEE CHILDRESS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE CHILDRESS | Case No.: 1:20-cv-01803-BAM |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include December 27, 2021, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the December 23, 2020 Case Management Order (Doc. 5) shall be extended accordingly.  IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **November 5, 2021**        /s/ *Barbara A. McAuliffe*
                             UNITED STATES MAGISTRATE JUDGE

-1-