UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE CHILDRESS,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.  1:20-cv-01803-BAM<br><br>**ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>(Doc. 25) |

Based upon the parties' stipulation for the award of fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Stipulation"), filed on July 18, 2022 (Doc. 25):

IT IS ORDERED that fees in the amount of five thousand five hundred fourteen dollars and eighty cents ($5,514.80) as authorized by 28 U.S.C. § 2412, and no costs, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

    Dated:  **July 20, 2022**                      /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE

1